CAROLINE M. H. SEARING, Appellant, *v.* THE VILLAGE OF SARATOGA SPRINGS, Respondent.

(Argued June 13, 1888; decided June 29, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made March 10, 1886, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial without a jury.

*Esek Cowen* for appellant.

*Charles S. Lester* for respondent.

Agree to affirm; no opinion.
All concur, except PECKHAM, J., who takes no part.
Judgment affirmed.

---

JENNIE HOPE, Respondent *v.* THE TROY AND LANSINGBURGH RAILROAD COMPANY, Appellant.

(Argued June 13, 1888; decided June 29, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made at the May Term, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirming an order denying a motion for a new trial.

*Edgar L. Fursman* for appellant.

*J. F. Crawford* for respondent.

Agree to affirm; no opinion.
All concur, except EARL and FINCH, JJ., who dissent on the ground of the exclusion of the evidence of the two physicians, offered by defendant, and PECKHAM, J., who takes no part.
Judgment affirmed.